IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KERETA RAJKUMAR,<br><br>        *Plaintiff,*<br><br>v.<br><br>THE CIGNA GROUP d/b/a CIGNA-EVERNORTH SERVICES, INC.,<br><br>        *Defendant.* | CIVIL ACTION<br>NO. 25-5509 |

## ORDER

**AND NOW**, this 2nd day of February, 2026, upon consideration of Rajkumar's Amended Complaint, (Dkt. No. 10), Cigna's Motion to Dismiss, (Dkt. No. 12), Rajkumar's Response in Opposition, (Dkt. No. 14), and Cigna's Reply, (Dkt. No. 15), it is hereby **ORDERED** that:

1. Cigna's Motion to Dismiss is **DENIED without prejudice**.
2. The Clerk of Court shall **TRANSFER** the case to the United States District Court for the District of Delaware and **CLOSE** the case.

BY THE COURT:

*/s/ Gerald J. Pappert*

Gerald J. Pappert, J.